1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  RAY L. WONG, SBN 8419
   DUANE MORRIS, LLP
7  One Market, Spear Street Tower, Suite 2000
   San Francisco, CA 94105
8  Telephone: (415) 957-3000
   Facsimile:  (415) 957-3001
9
   Attorney for Defendant
10

11

12                         UNITED STATES DISTRICT COURT

13                         EASTERN DISTRICT OF CALIFORNIA

14  TONY MARTINEZ,                    Case No. CIV. S 05-01962-FCD-DAD

15        Plaintiff,

16  v.                                **REQUEST FOR DISMISSAL AND ORDER THEREON**

17  WENDY'S INTERNATIONAL INC. dba
    WENDY'S,
18
          Defendant.
19  _____/

20  TO THE COURT AND ALL PARTIES:

21      Pursuant to a Settlement Agreement and Release, the parties hereby request that

22  all parties be dismissed with prejudice from the above-entitled action. All parties to bear

23  their own costs and attorneys' fees, respectively.

24  Dated: July 6, 2006                LAW OFFICES OF LYNN HUBBARD, III

25

26
                                       /s/ Lynn Hubbard, III, Esquire
27                                     LYNN HUBBARD, III
                                       Attorney for Plaintiff
28

Request for Dismissal and Order Thereon                    Martinez v. Wendy's, et al.
                                                           CIV. S-05-01962-FCD-DAD

| | |
|---|---|
| Dated: July 5, 2006 | DUANE MORRIS, LLP |
| | |
| | /s/ Ray L. Wong, Esquire |
| | RAY L. WONG |
| | Attorney for Defendant |

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01962-FCD-DAD, is hereby dismissed with prejudice. All parties to bear their own costs and attorneys' fees, respectively.

| | |
|---|---|
| Dated: July 6, 2006 | /s/ Frank C. Damrell Jr. |
| | United States District Court Judge |