1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  RAY L. WONG, SBN 8419
   DUANE MORRIS, LLP
7  One Market, Spear Street Tower, Suite 2000
   San Francisco, CA 94105
8  Telephone: (415) 957-3000
   Facsimile:  (415) 957-3001
9
   Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONY MARTINEZ, | Case No. CIV. S 05-01962-FCD-DAD |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| WENDY'S INTERNATIONAL INC. dba WENDY'S, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action. All parties to bear their own costs and attorneys' fees, respectively.

Dated: July 6, 2006                    LAW OFFICES OF LYNN HUBBARD, III


                                       /s/ Lynn Hubbard, III, Esquire
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff

1 | Dated: July 5, 2006 DUANE MORRIS, LLP

/s/ Ray L. Wong, Esquire
RAY L. WONG
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01962-FCD-DAD, is hereby dismissed with prejudice. All parties to bear their own costs and attorneys' fees, respectively.

Dated: July 6, 2006

/s/ Frank C. Damrell Jr.
United States District Court Judge